# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

KRISTIN WILLIAMS,

        Plaintiff,

v.

FIRST UNUM LIFE INSURANCE COMPANY, et. al.; and DOES 1 to 10, Inclusive,

        Defendants.

Case No. :19-cv-04914-SK

[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AS MODIFIED BY THE COURT

    Having considered the Parties' Stipulation of Counsel and Request to Continue the Initial Case Management Conference, and for good cause appearing therefore, the Court grants the Parties' request. The Initial Case Management Conference is continued to ~~Thursday, January 23, 2020 at~~ 10:00 am. Case Management Statement due January 16, 2020.

Dated: 11/7, 2019

_____
JUDGE RICHARD SEEBORG