| | |
|---|---|
| 1 | Kevin Michael Zietz (Bar No. 186244) |
|   | kevin@zietzlaw.com |
| 2 | LAW OFFICES OF KEVIN M. ZIETZ |
|   | 16055 Ventura Blvd., Suite 432 |
| 3 | Encino, CA 91436 |
|   | Telephone: (818) 981-9200 |
| 4 | |
|   | Attorneys for Plaintiff |
| 5 | KRISTIN WILLIAMS |
| 6 | Anna Maria Martin (Bar No. 154279) |
|   | amartin@mmhllp.com |
| 7 | Kristin Kyle de Bautista (Bar No. 221750) |
|   | kkyle@mmhllp.com |
| 8 | MESERVE, MUMPER & HUGHES LLP |
|   | 1000 Wilshire Boulevard, Suite 1860 |
| 9 | Los Angeles, California 90017-2457 |
|   | Telephone:  (213) 620-0300 |
| 10 | Facsimile:  (213) 625-1930 |
| 11 | Attorneys for Defendant |
|    | FIRST UNUM LIFE INSURANCE COMPANY |
| 12 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

| KRISTIN WILLIAMS, | ) | Case No. 3:19-cv-04914-RS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND ORDER** |
| vs. | ) | |
| | ) | |
| FIRST UNUM LIFE INSURANCE COMPANY; THE INTERPUBLIC GROUP OF COMPANIES, INC. LONG-TERM DISABILITY PLAN; and DOES 1 to 10, inclusive, | ) | Judge:  Richard Seeborg |
| | ) | Ctrm:   3, 17th Floor |
| | ) | |
| | ) | Complaint Filed:  August 15, 2019 |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between Plaintiff KRISTIN WILLIAMS and Defendant FIRST UNUM LIFE INSURANCE COMPANY, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a), *et seq.* of the Federal Rules of Civil Procedure.  Each party shall bear his or its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED**.

Dated:  June 4, 2020                    Kevin Michael Zietz
                                        LAW OFFICES OF KEVIN M. ZIETZ


                                        By:   */s/Kevin Michael Zietz*
                                              Kevin Michael Zietz
                                              Attorneys for Plaintiff
                                              KRISTIN WILLIAMS


Dated:  June 4, 2020                    Anna Maria Martin
                                        Kristin Kyle de Bautista
                                        MESERVE, MUMPER & HUGHES LLP


                                        By:   */s/ Anna Maria Martin*
                                              Anna Maria Martin
                                              Attorneys for Defendant
                                              FIRST UNUM LIFE INSURANCE
                                              COMPANY

### FILER'S ATTESTATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**\*\*\*ORDER\*\*\***

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:19-cv-04914-RS, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: June 4, 2020

Hon. Richard Seeborg
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

173764.1

3

Case No.  3:19-cv-04914-RS
JT STIP TO DISMISS ENTIRE ACTION WITH
PREJUDICE; & [PROPOSED] ORDER